[No. 10739–2–II. Division Two. May 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER GIBBS GOINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85142R100, Paul M. Boyle, J. Pro Tem.,

entered January 14, 1987. *Affirmed in part, reversed in part,* and *vacated* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.